UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                          Case No. 20-CR-79-002-LJV-JJM

SEMAJ PIGRAM,

                Defendant.
_____

## NOTICE OF MOTION

| | |
|---|---|
| **Moving Party**: | Defendant Semaj Pigram |
| **Date and Time**: | TBD |
| **Place**: | Hon. Jeremiah J. McCarthy<br>U.S. Courthouse<br>2 Niagara Square<br>Buffalo, New York 14202 |
| **Supporting Papers**: | Declaration of Robert C. Singer, Esq., dated June 21, 2020. |
| **Answering Papers**: | Opposing papers, if any, are required to be filed and served pursuant to Court order. |
| **Relief Requested**: | An Order granting Defendant's Motion to Release the Grand Jury minutes pursuant to FRCP 6(e) and Motion to Compel Discovery. |

Dated:  June 22, 2020
         Williamsville, New York

                            **SINGER LEGAL PLLC**
                            *Attorneys for Defendant Semaj Pigram*

                            By:    s/ Robert C. Singer, Esq.
                                  Robert C. Singer, Esq.
                          80 East Spring Street
                          Williamsville, New York 14221
                          (716) 222-3288
                          rob@singerlegalpllc.com

**TO:** **United States Attorney's Office**
**for the Western District of New York**
*Counsel for Plaintiff United States of America*
Seth Molisani, Esq.
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5700