UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

SEMAJ PIGRAM,
                Defendant.

**ORDER OF DETENTION**

20-cr-0079(LJV)(JJM)

---

        Defendant is charged in an Indictment with violating 18 U.S.C. §§922(g)(1), 924(a)(2), and 2. At defendant's June 18, 2020 arraignment, the government moved for detention and a detention hearing was conducted on June 25 and 29, 2020. At the hearing, the parties proceeded by proffer.

        In determining whether there are conditions of release that will reasonably assure defendant's appearance as required and the safety of the community, I have considered the factors enumerated in 18 U.S.C. §3142(g). For the reasons stated on the record at today's proceeding, I find by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the defendant's appearance as required, and I further find by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person and the community. Accordingly, it is hereby

        ORDERED that, pursuant to 18 U.S.C. §3142(i)(2), defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and it is further

ORDERED that, pursuant to 18 U.S.C. §3142(i)(3), defendant be afforded reasonable opportunity for private consultation with counsel; and it is further

ORDERED that, pursuant to 18 U.S.C. §3142(i)(4), upon order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined, deliver defendant to United States Marshals for the purpose of an appearance in connection with a court proceeding; and it is further

ORDERED, that the foregoing is without prejudice to defendant's right to the presumption of innocence, or to his right to request a detention hearing at a later date based on changed circumstances.

Dated: June 29, 2020

/s/Jeremiah J. McCarthy
JEREMIAH J. MCCARTHY
United States Magistrate Judge